# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

FA-HSING LU
    Plaintiff

v.       C.A. No._____

HYPER BICYCLES, INC.
    Defendant

## COMPLAINT FOR PATENT INFRINGEMENT

Fa-Hsing Lu brings this action for patent infringement against Defendant, Hyper Bicycles, Inc., and alleges as follows:

### PARTIES

1. Plaintiff Fa-Hsing Lu, (hereinafter, "Plaintiff") is a citizen and resident of Taiwan, Republic of China.

2. Defendant Hyper Bicycles, Inc. (hereinafter "Hyper") is a corporation organized under the laws of the Commonwealth of Massachusetts and has a principal place of business at 161 Malaga Park Drive, Malaga, New Jersey 08328.

### JURISDICTION AND VENUE

3. This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 100 *et seq.* This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4. This Court has personal jurisdiction over Hyper because Hyper is incorporated in Massachusetts and, on information and belief, Hyper regularly solicits and conducts business in Massachusetts. This court also has personal jurisdiction over Hyper because, on information and

belief, Hyper derives substantial revenue from goods sold to persons or entities in Massachusetts and commits acts of infringement in Massachusetts, including but not limited to selling products that infringe Plaintiff's patents at issue in this case.

5. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391 and 1400.

## FACTUAL BACKGROUND

6. On October 10, 2006, United States Patent No. US D529,842 S was duly and lawfully issued by the U.S. Patent and Trademark Office ("USPTO").

7. A true and accurate copy of Patent No. US D529,842 S is attached hereto as Exhibit 1 and incorporated herein.

8. Plaintiff is the inventor and the sole owner of all right, title, and interest in, to, and under Patent No. US D529,842 S and all rights of recovery thereunder.

9. Patent No. US D529,842 S has not expired and is in full force and effect.

10. On December 4, 2007, United States Patent No. US D556,642 S was duly and lawfully issued by the U.S. Patent and Trademark Office ("USPTO").

11. A true and accurate copy of Patent No. US D556,642 S is attached hereto as Exhibit 2 and incorporated herein.

12. Plaintiff is the inventor and the sole owner of all right, title, and interest in, to, and under Patent No. US D556,642 S and all rights of recovery thereunder.

13. Patent No. US D556,642 S has not expired and is in full force and effect.

14. Hyper has offered and is offering to sell and /or has sold and is selling bicycles which infringe patents US D529,842 S and US D556,642 S.

15. Among other bicycles that may be later identified by Defendant, Plaintiff submits that the 16-inch Moto Hyper Nitro Circus Bike (hereinafter "Motobike") depicted in the attached

Exhibit 3 to the Complaint infringes upon Patent No. US D529,42 S, and the Hyper Bicycles Speedbike (hereinafter "Speedbike") depicted in the attached Exhibit 4 to the Complaint infringes upon Patent No. 556,642 S.

16. On or about August 1, 2019, Plaintiff informed Hyper that the Motobike and Speedbike infringed Plaintiff's patents.

## COUNT I

### Infringement of Patent No. US D 529, 842 S

17. Plaintiff incorporates by reference paragraphs 1-16 above as though fully set out herein.

18. In violation of 35 U.S.C. § 271(a), Hyper has and is actively engaged in acts of direct infringement of Patent No. US D529,842 S.  Hyper's infringement has been and continues to be willful and deliberate.

19. In violation of 35 U.S.C § 271(b), Hyper has and is actively engaged in inducing infringement of Patent No. US D529,842 S.

20. By reason of the aforesaid infringement, Plaintiff has been and continues to be damaged and is entitled to damages adequate to compensate for the infringement by Hyper.

## COUNT II

### Infringement of Patent No. US D 556,642 S

21. Plaintiff incorporates by reference paragraphs 1-20 above as though fully set out herein.

22. In violation of 35 U.S.C. § 271(a), Hyper has and is actively engaged in acts of direct infringement of Patent No. US D556,642 S.  Hyper's infringement has been and continues to be willful and deliberate.

23. In violation of 35 U.S.C § 271(b), Hyper has and is actively engaged in inducing infringement of Patent No. US D556,642 S.

24. By reason of the aforesaid infringement, Plaintiff has been and continues to be damaged and is entitled to damages adequate to compensate for the infringement by Hyper.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Fa-Hsing Lu respectfully requests this Court to grant the following relief, and any other relief the Court may deem proper, against Defendant, Hyper Bicycles, Inc:

A. Enter Judgment in favor of Plaintiff that Hyper has infringed U.S. Patent Nos. US D 529,842 S and US D 556,642 S in violation of U.S.C. § 271;

B. Award damages adequate to compensate Plaintiff for Hyper's infringement of the Plaintiff's patents that have occurred, together with pre-judgment and post-judgment interest and costs;

C. Award enhanced/treble damages pursuant to 35 U.S.C § 284 for Hyper's willful infringement of the Plaintiff's patents;

D. Enter a declaration that this case is exceptional under 35 U.S.C. § 285, and that Plaintiff be awarded reasonable attorneys' fees and costs;

E. Such other and further relief as this Court deems just and proper.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff hereby demands a trial by jury on all issues so triable.

                                                Respectfully submitted,
                                                FA-HSING LU,
                                                By his Attorneys,

                                                /s/ Christopher E. Hultquist
                                                Christopher E. Hultquist (BBO# 628615)
                                                Hultquist Law, P.C.
                                                56 Pine Street, Suite 200
                                                Providence, RI 02903
                                                Tel:  (401) 383-6650
                                                Fax:  (401) 274-2780
                                                hultquistlaw@gmail.com

Dated: September 23, 2020